# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __8__

----------------------------------------

_Williams_

-v-

_Gibson, et al_

----------------------------------------

U.S.C.A. # _____

U.S.D.C. # __07-cv-9777__

JUDGE: __KMW__

DATE: __3-18-2008__

MAR 18 2008

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------

**DOCUMENT DESCRIPTION**                                                          **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS
** ONLY CIRCLED DOCUMENTS ARE INCLUDED **
** ALL OTHERS MISSING AT THIS TIME **

_Order_                                                                            #6

( X ) Original Record                                    ( ___ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the _18th_ Day of _March_ 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------          U.S.C.A. # _____
           Williams
                                              U.S.D.C. # 07 cv 9777
             -v-
          Gibson, et al                       JUDGE:    KMW
------------------------------------          DATE:     3/18/08
```

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __7__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| 2/5/08 | Order |
| | **BALANCE OF FILE MISSING AT THIS TIME** |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 18th Day of March In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
    Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-09777-KMW
### Internal Use Only

Williams v. Gibson et al
Assigned to: Judge Kimba M. Wood
Demand: $9,999,000
Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 11/05/2007
Date Terminated: 11/05/2007
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | 1 | MOTION for Leave to Proceed in forma pauperis. Document filed by Jomo Williams.(db) (Entered: 11/09/2007) |
| 11/05/2007 | 2 | COMPLAINT against Kumiki Gibson, Cari Dominguez, John Potter, John/Jane Does. Document filed by Jomo Williams.(db) (Entered: 11/09/2007) |
| 11/05/2007 | | Magistrate Judge Douglas F. Eaton is so designated. (db) (Entered: 11/09/2007) |
| 11/05/2007 | | SUMMONS ISSUED as to Kumiki Gibson, Cari Dominguez, John Potter, John/Jane Does. (db) (Entered: 11/09/2007) |
| 11/05/2007 | 3 | ORDER OF DISMISSAL Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2)(B)(ii), and seeks monetary relief from a defendant immune from such relief ss1915(e)(2)(B)(iii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/5/07) (db) (Entered: 11/09/2007) |
| 11/05/2007 | 4 | JUDGMENT: Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2)(B)(ii)(iii). This Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/5/07) (db) (Entered: 11/09/2007) |
| 12/27/2007 | 5 | AFFIRMATION of Jomo Williams in Support of Application for Reconsideration re: 3 Order Dismissing Complaint (I.F.P.), Order Dismissing Complaint (I.F.P.). Document filed by Jomo Williams. (cd) (Entered: 01/11/2008) |
| 02/05/2008 | 6 | ORDER that the motion for reconsideration is denied. The Court's warning that plaintiff will be barred from filing future actions under the provisions set forth in 28 U.S.C. 1915(g) should he continue to file non-meritorious cases is still in effect. No further submissions shall be accepted under this docket number other than a notice of appeal. The Clerk of Court is directed to return to plaintiff any submissions that do not comply with this order. (Signed by Judge Kimba M. Wood on 2/5/08) (dle) (Entered: 02/06/2008) |
| 03/11/2008 | 7 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 6 Order. Document filed by Jomo Williams. (tp) (Entered: 03/17/2008) |
| 03/11/2008 | | Appeal Remark as to 7 Notice of Appeal filed by Jomo Williams. $455.00 APPEAL FEE DUE. IFP REVOKED 11/5/07. (tp) (Entered: 03/17/2008) |
| 03/17/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 7 Notice of Appeal. (tp) (Entered: 03/17/2008) |
| 03/17/2008 | | Transmission of Notice of Appeal to the District Judge re: 7 Notice of Appeal. (tp) (Entered: 03/17/2008) |